UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| MEGAN HOPKINS, | : | |
| | : | |
| Plaintiff, | : | Case No. 3:24-cv-155 |
| | : | |
| v. | : | Judge Thomas M. Rose |
| | : | |
| MERCY HEALTH SPRINGFIELD REGIONAL MEDICAL CENTER, | : | Magistrate Judge Caroline H. Gentry |
| | : | |
| Defendant. | : | |

**ENTRY AND ORDER ADOPTING ORDER AND REPORT AND RECOMMENDATION (DOC. NO. 8); GRANTING, IN PART, AND DENYING, IN PART, MOTION TO DISMISS AND TO DESIGNATE PLAINTIFF AS A VEXATIOUS LITIGATOR ON BEHALF OF DEFENDANT MERCY HEALTH SPRINGFIELD REGIONAL MEDICAL CENTER (DOC. NO 3); AND DISMISSING THE INSTANT ACTION**

The Court has reviewed the Order and Report and Recommendation (Doc. No. 8) of United States Magistrate Judge Caroline H. Gentry, to whom this case was referred pursuant to 28 U.S.C. § 636(b).  Therein, Magistrate Judge Gentry, addressing the Motion to Dismiss and to Designate Plaintiff as a Vexatious Litigator on Behalf of Defendant Mercy Health Springfield Regional Medical Center ("Motion") (Doc. No. 3), recommends the dismissal of Plaintiff Megan Hopkins' claims for lack of subject matter jurisdiction.  (Doc. No. 10 at PageID 43.)  Magistrate Judge Gentry further recommends that the Court deny Defendant's Motion to the extent that the Motion seeks to deem Plaintiff a vexatious litigant.  (*Id.*)

Noting that no objections have been filed regarding the Order and Report and Recommendation, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, the Court hereby **ADOPTS** Magistrate Judge Gentry's Order and Report and

1

Recommendation (Doc. No. 8).  Defendant's Motion is **DENIED** insofar as it seeks to name Plaintiff as a vexatious litigant, but Defendant's Motion is **GRANTED** to the extent that it seeks dismissal of Plaintiff's claims for lack of subject matter jurisdiction.  This action is hereby **DISMISSED** and the Clerk is directed to **TERMINATE** this matter on the Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Monday, March 3, 2025.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE
